UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:  
REGINA L LEE,

        Debtors.

Bankruptcy  
Case No. 17-24873-kmp

REGINA LEE WEISS aka REGINA L LEE,  
        Plaintiff,  
vs.

U.S. DEPARTMENT OF EDUCATION,  
        Defendant.

Adversary  
Case No. 24-02147-kmp

### CERTIFICATE OF SERVICE

On November 4, 2024, I caused a copy of Plaintiffs' Complaint to Determine Dischargeability of Debt and Summons in an Adversary Proceeding to be mailed via United States Certified Mail with return receipt requested with postage fully paid to:

U.S. Dept. of Education  
c/o Miguel Cardona  
400 Maryland Ave., SW  
Washington, DC 20202  
Defendant

U.S. Attorney General  
950 Pennsylvania Ave., NW  
Washington, DC 20530-0001  
U.S. Attorney General

U.S. Attorney's Office  
517 E. Wisconsin Ave., Ste 530  
Milwaukee, WI 53202

*Receipts (Exhibit A) attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 4, 2024

By: /s/ _____
Douglas Broadbent
Neeley Law Firm, PLC
1120 S. Dobson Rd., Ste. 230
Chandler, AZ  85286

# EXHIBIT A

## U.S. Postal Service CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Regina Weiss
vs.
DOE
Comp & Sum.
DEB
11/04/2024

Sent To: U.S. Attorney's Office
Street and Apt. No., or PO Box No.: 517 E. Wisconsin Ave., Ste 530
City, State, ZIP+4: Milwaukee, WI 53202

---

## U.S. Postal Service CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Regina Weiss
vs.
DOE
Comp & Sum.
DEB
11/04/2024

Sent To: U.S. Attorney General
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530-0001

---

## U.S. Postal Service CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

Regina Weiss
vs.
DOE
Comp & Sum.
DEB
11/04/2024

Sent To: U.S. DOE c/o Miguel Cardona
Street and Apt. No., or PO Box No.: 400 Maryland Ave., SW
City, State, ZIP+4: [Washington, DC 20202]

## Certified Mail service provides the following benefits:
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

Important Reminders:
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;
  for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT:** Save this receipt for your records.

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047

## Certified Mail service provides the following benefits:
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

Important Reminders:
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;
  for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT:** Save this receipt for your records.

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047

## Certified Mail service provides the following benefits:
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

Important Reminders:
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;
  for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT:** Save this receipt for your records.

PS Form 3800, January 2023 *(Reverse)* PSN 7530-02-000-9047